IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-143-KDB-DCK

| TOMMY LEE BEAL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Adrienne S. Blocker, concerning James Curtis Tanner on April 14, 2020. James Curtis Tanner seeks to appear as counsel *pro hac vice* for Plaintiff Tommy Beal. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. James Curtis Tanner is hereby admitted *pro hac vice* to represent Plaintiff Tommy Beal

Signed: April 15, 2020

David C. Keesler
United States Magistrate Judge