# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-143-KDB-DCK

| | |
|---|---|
| TOMMY LEE BEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| C.R. BARD, INC. and BARD PERIPHERAL ) | |
| VASCULAR, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Adrienne S. Blocker, concerning Jon C. Conlin on April 14, 2020. Jon C. Conlin seeks to appear as counsel *pro hac vice* for Plaintiff Tommy Beal. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Jon C. Conlin is hereby admitted *pro hac vice* to represent Plaintiff Tommy Beal.

Signed: April 15, 2020

David C. Keesler
United States Magistrate Judge